**Geraldine LOCKHART, Mildred M. Anderson, Joyce M. Henson, and Jesse J. Brewer, Respondents,**

v.

**Kenneth G. MIDDLETON, Appellant.**

**No. WD 65154.**

Missouri Court of Appeals, Western District.

Dec. 27, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 2006.

Application for Transfer Denied Feb. 28, 2006.

Donald R. Moore, Blue Springs, MO, for respondents.

**306**

Sukhjinder Sarai, Blue Springs, MO, for appellant.

Before SPINDEN, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

Kenneth G. Middleton appeals from a judgment entered by the Circuit Court of Jackson County, which dismissed Middleton's declaratory judgment action with prejudice for failure to state a claim upon which relief could be granted. We affirm. Rule 84.16(b).